# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

Eric Ryan

        Plaintiff,

        vs.

Kali Watson, in his official capacity as Chairman of the Hawaiian Homes Comm'n, et al.

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. CV 26-00270 SASP-KJM

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO
Caleb R. Trotter

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Caleb R. Trotter to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Caleb R. Trotter |
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 555 Capitol Mall, Suite 1290, Sacramento, California, 95814 |
| Attorney CM/ECF Primary email address: | CTrotter@pacificlegal.org |
| Firm Telephone: | (916) 419-7111 |
| Party Represented | Plaintiff Eric Ryan |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 9, 2026.



Kenneth J. Mansfield
United States Magistrate Judge