# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

Eric Ryan

Plaintiff,

vs.

Kali Watson, in his official capacity as Chairman of the
Hawaiian Homes Comm'n, et al.

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. CV 26-00270 SASP-KJM

ORDER GRANTING MOTION TO
APPEAR PRO HAC VICE AS TO
CAITLYN KINARD

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of CAITLYN KINARD to
Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | CAITLYN KINARD |
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 3100 Clarendon Blvd., Suite 1000 Arlington, Virginia 22201 |
| Attorney CM/ECF Primary email address: | CKinard@pacificlegal.org |
| Firm Telephone: | (202) 888-6881 |
| Party Represented | Plaintiff Eric Ryan |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _June 9, 2026._



Kenneth J. Mansfield
United States Magistrate Judge