# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

Eric Ryan

　　　　　　Plaintiff,

vs.

Kali Watson, in his official capacity as Chairman of the
Hawaiian Homes Comm'n, et al.

　　　　　　Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case. No. CV 26-00270 SASP-KJM

ORDER GRANTING MOTION TO
APPEAR PRO HAC VICE AS TO
NOELLE DANIEL

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of NOELLE DANIEL _____ to

Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | NOELLE DANIEL |
| Firm Name: | Pacific Legal Foundation |
| Firm Address: | 3100 Clarendon Blvd., Suite 1000<br>Arlington, Virginia 22201 |
| Attorney CM/ECF<br>Primary  email address: | NDaniel@pacificlegal.org |
| Firm Telephone: | (202) 888-6881 |
| Party Represented | Plaintiff Eric Ryan |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, ___June 9, 2026._____



Kenneth J. Mansfield
United States Magistrate Judge