HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

| | |
|---|---|
| ERIC RYAN<br><br>*Plaintiff*<br><br>v.<br><br>KALI WATSON, in his official capacity<br>as Chairman of the Hawaiian Homes Comm'n, et al.,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:26-cv-0270 SASP-KJM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kali Watson
Chairman of the Hawaiian Homes Commission
91-5420 Kapolei Parkway
Kapolei, HI 96707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin O'Grady
The Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____06/02/2026_____    /s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-0270 SASP-KJM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Kali Watson, in his official capacity as Chairman of the Hawaiʻi Home / Commission

was received by me on *(date)* 6·3·26

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Keala Pruet _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Kali Watson and the Hawaiian Homes Comm'n on *(date)* 6·04·26 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-4-26

_____
*Server's signature*

**Chris Kimsel**

_____
*Printed name and title*

412 Iolani Avenue, Honolulu
_____
*Server's address*

Additional information regarding attempted service, etc: