KEVIN O'GRADY, Hawaii Bar #8817
The Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Telephone: (808) 521-3367
kevin@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org
*Attorneys for Plaintiff*
*\* Pro Hac Vice*
*Additional counsel listed on next page*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERIC RYAN,<br><br>          Plaintiff,<br><br>   v.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. CV 26-00270 SASP-KJM<br><br>**SUMMONS RETURNED EXECUTED AND DECLARATION OF SERVICE ON U.S. ATTORNEY AND U.S. GOVERNMENT DEFENDANTS** |

*Additional counsel for Plaintiff:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN KINARD, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CKinard@pacificlegal.org

*\* Pro Hac Vice*

I, BRIEN P. BARTELS, declare as follows:

I am a resident of Washington State, am not a party to the above action, am 18 years old or older, and am employed by Pacific Legal Foundation, which is headquartered in Sacramento, California. I work remotely at Tacoma, Washington.

On June 3, 2026, I served upon the following parties via U.S. First Class Mail (certified), the Complaint and Summonses, together with the Court's Order Setting Rule 16 Scheduling Conference (Doc. 7) and Notice to Parties re Rule 4 (Doc. 8), by delivering the documents in a sealed envelope with postage fully paid, to a Post Office in Tacoma, Washington.

Ken Sorenson
U.S. Attorney
ATTN Civil Process Clerk
300 Ala Moana Blvd., #6-100
Honolulu, HI 96850

Doug Burgum
Secretary of the Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Stamped Certified Mail Receipts with tracking numbers attesting to the mailing of these documents are attached as Exhibit A.

I declare under penalty of perjury that the preceding is true and correct and that this declaration was executed this *12th* day of June, 2026, at Tacoma, Washington.

SIGNED:

Brien P. Bartels
Legal Secretary



**EXHIBIT A**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 2805 5039 36

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $5.30 | |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.72 | |
| $ | |
| Total Postage and Fees | |
| $8.02 | |

DOWNTOWN TACOMA STATION
JUN - 3 2026 Postmark Here
06/03/2026
TACOMA, WA 98402

Sent To Att'y Gen'l  US DOJ
Street and Apt. No., or PO Box No. 950 Penn. Ave NW
City, State, ZIP+4® Wash  DC  20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 2805 5039 50

For delivery information, visit our website at *www.usps.com®*.

Honolulu, HI 96850

| | |
|---|---|
| Certified Mail Fee $5.30 | |
| $ | $0 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.00 | |
| $ | |
| Total Postage and Fees | |
| $8.30 | |

DOWNTOWN TACOMA STATION
JUN - 3 2026 Postmark Here
06/03/2026
TACOMA, WA 98402

Sent To Ken Sorenson US Atty Civil Process Clerk
Street and Apt. No., or PO Box No. 300 Ala Moana Blvd #6-100
City, State, ZIP+4® Honolulu HI 96850

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 2805 5039 43

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

| | |
|---|---|
| Certified Mail Fee $5.30 | |
| $ | $0 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.72 | |
| $ | |
| Total Postage and Fees | |
| $8.02 | |

DOWNTOWN TACOMA STATION
JUN - 3 2026 Postmark Here
06/03/2026
TACOMA, WA 98402

Sent To Doug Burgum, Sec'y Interior
Street and Apt. No., or PO Box No. 1849 C St NW
City, State, ZIP+4® Wash  DC  20240

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions