Case 1:26-cv-00270-SASP-KJM   Document 26   Filed 06/16/26   Page 1 of 2   PageID.231

RECEIVED
CLERK, U. S. DISTRICT COURT
JUN 16 2026
DISTRICT OF HAWAII

ORIGINAL

LETTER

Name Awapuhi Shaunelle Kalauli Robinson

Address 1069 green St apt B3

City, State, Zip Honolulu, HI 96822

Phone 808 4913208

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

)
)
)
)
) Civil Case Number(s)
)
Plaintiffs' Name(s) )
) CV 26 00270
vs. )
) SASP - KJM
(H 0098618) Hawaii Drivers )
license )
Awapuhi Shaunelle Kalauli )
Fyiah Steibel Robinson )
Defendants' Name(s) Kaleah Robinson )
(Minor) )

acts and findings Motion Compelling evidence of undivided interest of Crown lands. civil case 4539 third circuit filed in the bureau of conveyance on Jan 24, 1992 Doc No: 92-011077 States my Grandfather John Kalauli is the son of James Kaleikula Kalauli who holds an undivided interest in the Ahupuaa of kukuiopae defined as crown lands. The property was returned and is assigned forever. AK

TMK 181001001 States the owner is the united States of America. The Land Commission Award Claimant is Kalauli. Helu: 5556:1 AK

-Also Royal Patent (Palapala Sila hui) 808 LCA 8241 BP:1 LCA 8241 BP:2 also assigns to kalauli granted in 1852.

-Civil No OT-00063 AK doc filed in the bureau 23097 115 April 21, 1989 also assigns to Annie kalauli shows our undivided interest on crown lands. I have my DNA test notarized available to confirm I am Awapuhi Shaunelle Kalauli married Robinson

Print Name Awapuhi Shaunelle Kalauli Robinson AK

Signature Awapuhi Kalauli S.R. AK

Date 06/16/2024 AK

I have an undivided interest to the Federal land surplus lease. I am not aware of the United States of America or any other entity receiving my permission on my private lands.