ANNE E. LOPEZ                         7609
Attorney General of Hawai'i

KALIKO'ONĀLANI D. FERNANDES   9964
Solicitor General of Hawai'i
LAUREN K. CHUN                      10196
EWAN C. RAYNER                      10222
ANDREW Z.M. TEOH                    12098
Deputy Solicitors General
Department of the Attorney
 General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail:
        kaliko.d.fernandes@hawaii.gov
        lauren.k.chun@hawaii.gov
        ewan.rayner@hawaii.gov
        andrew.zm.teoh@hawaii.gov

Attorneys for KALI WATSON, in his official
capacity as Chairman of the Hawaiian Homes Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ERIC RYAN, <br><br> Plaintiff, <br><br> v. <br><br> KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO. 1:26-cv-00270-SASP-KJM <br><br> **FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT KALI WATSON TO RESPOND TO COMPLAINT** <br><br> The Honorable Judge Shanlyn Park <br> Trial Date: None Set |

## FIRST STIPULATION TO EXTEND TIME FOR
## <u>DEFENDANT KALI WATSON TO RESPOND TO COMPLAINT</u>

Plaintiff ERIC RYAN ("Plaintiff") and Defendant KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission ("State Defendant" and, together with Plaintiff, the "Parties"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on June 1, 2026 (ECF No. 1), and;

WHEREAS, State Defendant received the complaint on June 4, 2026, and;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, and the UNITED STATES OF AMERICA have a response date of 60 days after service, and;

WHEREAS, the Parties agree that State Defendant may have a similar amount of time to respond to the Complaint;

NOW, THEREFORE, the Parties stipulate that the deadline for State Defendant's response to the Complaint shall be August 3, 2026.

This stipulation is not intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which State Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

This is the first stipulation submitted in connection with this litigation.

DATED:  Honolulu, Hawai'i, June 18, 2026.

/s/ *Ewan C. Rayner*
KALIKO'ONĀLANI D. FERNANDES
LAUREN K. CHUN
EWAN C. RAYNER
ANDREW Z.M. TEOH

Attorneys for Defendant KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission

/s/
CALEB R. TROTTER
NOELLE DANIEL
CAITLYN KINARD

/s/ *Kevin O'Grady*
KEVIN O'GRADY

Attorneys for Plaintiff ERIC RYAN

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, June 22, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

---

*Ryan v. Watson, et al.*, 1:26-cv-00270-SASP-KJM, FIRST STIPULATION TO EXTEND TIME FOR DEFENDANT KALI WATSON TO RESPOND TO COMPLAINT

3