KENNETH M. SORENSON
United States Attorney
District of Hawaii

JOSEPH M. MCGINLEY #11488
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: joseph.mcginley@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERIC RYAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | CASE NO. CV26-00270 SASP-KJM<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS DOUG BURGUM, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; AND THE UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS DOUG
BURGUM, IN HIS OFFICIAL CAPACITY AS SECRETARY OF
THE UNITED STATES DEPARTMENT OF THE INTERIOR;
<u>AND THE UNITED STATES OF AMERICA</u>

Assistant United States Attorney Joseph M. McGinley hereby enters his

appearance on behalf of Defendants Doug Burgum, in his official capacity, and the

United States of America, in the above-captioned case.

DATED: July 1, 2026, at Honolulu, Hawaii.

<div style="margin-left:50%">

KENNETH M. SORENSON
United States Attorney
District of Hawaii


  /s/ Joseph M. McGinley
By_____
  JOSEPH M. MCGINLEY
  Assistant U.S. Attorney

Attorneys for Defendants
DOUG BURGUM and the UNITED
STATES OF AMERICA

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically via CM/ECF:</u>

CAITLYN AMBER FELLNER, ESQ.        Cfellner@pacificlegal.org
NOELLE DANIEL, ESQ.        Ndaniel@pacificlegal.org
Pacific Legal Foundation
3100 Claredon Blvd., Suite 1000
Arlington, VA 22201
Tel: (202) 888-6881

CALEB R. TROTTER, ESQ.        Ctrotter@pacificlegal.org
PRO HAC VICE
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel: (916) 419 7111

KEVIN G. O'GRADY, ESQ.        Kevin@kevinogradylaw.com
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, HI 96813
Tel: (808) 521 3367

Attorneys for Plaintiff
ERIC RYAN

EWAN C. RAYNER, ESQ.              Rayner@hawaii.gov
KALIKO'ONALANI D. FERNANDES, ESQ.  Kaliko.D.Fernandes@hawaii.gov
LAUREN K . CHUN, ESQ.            Lauren.K.Chun@hawaii.gov
State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
Tel: (808) 586 1360

ANDREW Z. M. TEOH, ESQ.         Andrew.Zm.Teoh@hawaii.gov
State of Hawaii
Department of the Attorney General
60 Country Club Road
Honolulu, HI 96817
Tel: (808) 281 1753

Attorneys for Defendant
KALI WATSON, in his official capacity

DATED: July 1, 2026, at Honolulu, Hawaii.


/s/ Joseph M. McGinley

_____
U. S. Attorney's office
District of Hawaii