

U.S. Department of Justice
*United States Attorney*
*District of Hawaii*

| | |
|---|---|
| *PJKK Federal Building* | *PHONE* |
| *300 Ala Moana Blvd., Room 6-100* | *(808)541-2850* |
| | *FAX* |
| *Honolulu, Hawaii 96850* | *(808) 541-3752* |

July 8, 2026

HONORABLE SHANLYN A. S. PARK
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96850
park_orders@hid.uscourts.gov

Re:   *Ryan v. Kali Watson, et al.*
      Case No. CV26-00270 SASP-KJM
      Federal Defendants' Request to Modify Briefing Deadline

Dear Judge Park,

On July 1, 2026, the Court ordered that Defendants Doug Burgum and the United States ("Federal Defendants") respond to the pending motions to intervene by July 21, 2026. ECF No. 41. I am respectfully requesting an additional 30 days to respond to the pending motions and file the Federal Defendants' response by August 20, 2026.

This case requires the U.S. Attorney's Office for the District of Hawaii to coordinate with both the U.S. Department of the Interior and the Civil Division of the U.S. Department of Justice regarding the Federal Defendants' interests and positions. Counsel from both entities have recently been assigned and identified. However, I have not yet had an opportunity to meet with them, and the additional thirty days would allow the Federal Defendants to evaluate and meaningfully respond to the pending motions to intervene.

//

Honorable Shanlyn A. S. Park
July 8, 2026

No party or proposed intervenor will be prejudiced by the Federal Defendants' request.

Respectfully Submitted,

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By /s/ *Joseph M. McGinley*

JOSEPH M. MCGINLEY
Assistant U.S. Attorney
Attorney for Defendants
DOUG BURGUM, in his official
capacity, and the UNITED STATES
OF AMERICA

APPROVED AND SO ORDERED:

*Ryan v. Kali Watson, et al.*, Case No. CV26-00270 SASP-KJM,
Federal Defendants' Request to Modify Briefing Deadline