KENNETH M. SORENSON
United States Attorney
District of Hawaii

JOSEPH M. MCGINLEY HI#11488
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: joseph.mcginley@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERIC RYAN,<br><br>                   Plaintiff,<br><br>        vs.<br><br>KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA,<br><br>                   Defendants. | CASE NO. CV26-00270 SASP-KJM<br><br>SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT [ECF No. 1]<br><br><br>No trial date. |

### SECOND STIPULATION TO EXTEND TIME FOR
### DEFENDANTS TO RESPOND TO THE COMPLAINT

Plaintiff ERIC RYAN ("Plaintiff"), Defendant KALI WATSON, sued in his official capacity as Chairman of the Hawaiian Homes Commission ("State Defendant") and Defendants DOUG BURGUM, sued in his official capacity as the Secretary of the United States Department of the Interior, and the UNITED STATES OF AMERICA ("Federal Defendants"), through counsel, hereby stipulate as follows:

Service was perfected as to Federal Defendants on June 11, 2026. Accordingly, the Federal Defendants' current responsive pleading date is August 10, 2026.

Before counsel for Federal Defendants entered a notice of appearance, State Defendant and Plaintiff stipulated to a responsive pleading date of August 3, 2026, aligning the response date for State Defendant with the expected response date of Federal Defendants.  The Court approved that stipulation on June 22, 2026.  *See* ECF No. 38.

Counsel for the Federal Defendants has not yet had the opportunity to discuss this case with the U.S. Department of the Interior and the U.S. Department of Justice, Civil Division, regarding the Federal Defendants' interests and positions.  Counsel requested additional time to do so, and neither Plaintiff nor the State Defendant oppose the request.

To allow Federal Defendants time to coordinate, and to align the responsive pleading date for all Defendants, the Parties stipulate that both the State Defendant and Federal Defendants' responsive pleading to the Complaint shall be due by September 9th, 2026.

This stipulation is not intended to waive any rights, including any right to challenge the jurisdiction of the Court, or (for State Defendant) pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which State Defendant or Federal Defendants may be entitled in law or in equity, all of which are hereby expressly reserved.

This is the second stipulation in connection with this litigation.

DATED:    Honolulu, Hawaii, July 10, 2026.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By  /s/ *Joseph M. McGinley*

_____

JOSEPH M. MCGINLEY
Assistant U.S. Attorney
Attorneys for Federal Defendants

/s/ *Ewan C. Rayner*

_____

KALIKO'ONALANI D. FERNANDES
LAUREN K. CHUN
EWAN C. RAYNER
ANDREW Z.M. TEOH

Attorneys for State Defendant

/s/ *Caleb R. Trotter*

_____

CALEB R. TROTTER
NOELLE DANIEL
CAITLYN KINARD

/s/ *Kevin O'Grady*

_____

KEVIN O'GRADY

Attorneys for Plaintiff

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, July 10, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

_____

*Ryan v. Kali Watson, et al.*, Case No. CV26-00270 SASP-KJM,
Second Stipulation to Extend Time for Defendants to Respond to the Complaint