KEVIN O'GRADY, Hawaii Bar #8817
The Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Telephone: (808) 521-3367
kevin@kevinogradylaw.com

CALEB R. TROTTER, Cal. Bar #305195*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org
*Attorneys for Plaintiff*
* *Pro Hac Vice*
*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ERIC RYAN,

Plaintiff,

v.

KALI WATSON, in his official capacity as Chairman of the Hawaiian Homes Commission; DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior; and the UNITED STATES OF AMERICA,

Defendants.

Case No. CV26-00270-SASP-KJM

**NOTICE OF RELATED CASE**

*Additional counsel for Plaintiff:*

NOELLE DANIEL, Kan. Bar #29461*
CAITLYN FELLNER, D.C. Bar #90029259*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

* *Admitted Pro Hac Vice*

Pursuant to Local Rule 40.2, Plaintiff Eric Ryan ("Plaintiff") hereby provides notice of a related case that was recently filed in the District of Hawai'i. The case, *Kalahiki v. Watson*, Case No. 1:26-cv-00398-SASP-WRP, involves similar questions of law.

In this case, Plaintiff seeks declaratory and injunctive relief prohibiting the enforcement of the Hawaiian Homes Commission Act of 1920 (the "HHCA"), specifically its land-lease program which set aside approximately 200,000 acres of public land for long-term homestead leases available only to individuals who meet a 50% native Hawaiian blood-quantum requirement. The operative Complaint in this case was filed on June 1, 2026, and parties are currently awaiting adjudication of several motions to intervene.

In *Kalahiki*, plaintiffs similarly seek declaratory and injunctive relief prohibiting the Department of Hawaiian Home Lands ("DHHL") from evicting all individuals who lack a 50% native Hawaiian blood quantum from their homes in the Courtyards at Waipouli on Kaua'i. Similar to this case, the plaintiffs allege that they are penalized for their ancestry, specifically being unable to meet the 50% native Hawaiian blood-quantum requirement. While the plaintiffs in that case do not challenge the constitutionality of the HHCA directly, the legal question is similar: whether DHHL is unconstitutionally discriminating against individuals by evicting

them if they do not meet the 50% blood-quantum requirement. The operative complaint in that case was filed on July 24, 2026.

Dated: July 28, 2026.

Respectfully submitted,

THE LAW OFFICE OF KEVIN O'GRADY, LLC

s/ *Kevin O'Grady*
KEVIN O'GRADY, Hawaii Bar #8817
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
Telephone: (808) 521-3367
kevin@kevinogradylaw.com

PACIFIC LEGAL FOUNDATION

CALEB R. TROTTER
Cal. Bar #305195*
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
CTrotter@pacificlegal.org

NOELLE DANIEL
Kan. Bar #29461*
CAITLYN FELLNER
D.C. Bar #90029259*
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
NDaniel@pacificlegal.org
CFellner@pacificlegal.org

* *Pro Hac Vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served upon the following parties by the means indicated on July 28, 2026:

Ewan C. Rayner — ECF
Department of the Attorney General, State of Hawai‘i
ewan.rayner@hawaii.gov
*Counsel for Defendant Kali Watson, Chairman of the Hawaiian Homes Commission*

Joseph Michael McGinley — ECF
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawai‘i 96850
joseph.mcginley@usdoj.gov
*Counsel for Doug Burgum, Secretary of the Department of the Interior, and the United States of America*

Dana Newman — U.S. Mail
86-550 Hakalina Rd.
Waianae, HI 96792

Carlene Puaokalani Maria — U.S. Mail
P. O. Box 75592
Kapolei, HI 96707

De Mont Kalai Manaole — U.S. Mail
Jullie Aiko Manaole
86-044 Hoaha St.
Waianae, HI 96792

Georgiana K. Navarro — U.S. Mail
85-1473 Kapaekahi St.
Waianae, HI 96792

Kananiokaaina Charlee Giddens — U.S. Mail
41-520 Waikupanaha St.
Waimanalo, HI 96795

Kimberly Haupu — U.S. Mail
86-660 Lualualei Homestead Rd.
Waianae, HI 96792

Loaa Kumokuhalii Devereux Pine
U.S. Mail
86-512 Paheehee St.
Waianae, HI 96792

Regina Nani Peterson U.S. Mail
85-1441 Waianae Valley Rd.
Waianae, HI 96792

Wilmont Kamaunu Kahaialii,
Joyclynn M. Costa, Roslyn Nicole
Manawaiakea Malama mare
Cummings, Kaniloa L. Kamaunu,
Laakea I. Kamakawiwoole, Justin
Paul Kapaliuweloa
Keahi, U.S. Mail
P. O. Box 315
Kalaheo, HI 96741

s/ *Kevin O'Grady*
KEVIN O'GRADY, Hawaii Bar #8817
The Law Office of Kevin O'Grady, LLC
*Attorney for Plaintiff*