IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC RYAN,<br><br>Plaintiff,<br><br>vs.<br><br>KALI WATSON, DOUG BURGUM, UNITED STATES OF AMERICA,<br><br>Defendants. | ) | 1:26-CV-00270-SASP-KJM<br><br>RULE 16 SCHEDULING ORDER |

**RULE 16 SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on October 5, 2026, before the Honorable Kenneth J. Mansfield, United States Magistrate Judge. Appearing telephonically at the conference were Kevin Gerard O'Grady, Caleb R. Trotter, Caitlyn Amber Fellner, Ewan C. Rayner, Lauren K. Chun, Andrew Zheng Mitteness Teoh, Donna H. Kalama, and Joseph Michael McGinley.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

**1.** **NON-JURY** trial in this matter will commence before the Honorable Shanlyn A.S. Park, United States District Judge on January 11, 2028, at 9:00 AM.

**AMENDING PLEADINGS:**

**2.** All motions to join additional parties or to amend the pleadings shall be filed by March 17, 2027.

**EXPERT WITNESSES:**

**3.** Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

**a.** All plaintiffs shall comply by May 3, 2027.

**b.** All defendants shall comply by July 2, 2027.

Rebuttal disclosures to a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**DISCOVERY:**

**4.** Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**5a.** Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be August 16, 2027. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline.

**b.** Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than July 15, 2027.

**MOTIONS:**

**6.** Dispositive motions shall be filed by August 16, 2027.

**7.** All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by October 13, 2027. This deadline does not include motions in limine or discovery motions.

**8.** Motions in limine shall be filed by December 14, 2027.

Any opposition memorandum to a motion in limine shall be filed by December 21, 2027.

**SETTLEMENT:**

**9.** A settlement conference shall be held on September 16, 2027, at 10:00 AM in Chambers of Magistrate Judge Kenneth J. Mansfield before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

**10.** Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by September 9, 2027. The parties are directed to LR l 6.5(b) for the requirements of the confidential settlement conference statement.

**11.** The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

**12.** A Telephonic final pretrial conference shall be held on November 30, 2027, at 9:45 AM before the Honorable Kenneth J. Mansfield, United States Magistrate Judge.

**13.** Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by November 23, 2027.

**14.** By December 14, 2027, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**15.** By December 21, 2027, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

**16.** The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

**17.** The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**18.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by December 21, 2027.

**19a.** By December 21, 2027, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

**b.** Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by December 28, 2027.

**20.** By December 28, 2027, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

**21.** By December 28, 2027 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**22a.** The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by January 4, 2028.

**b.** A thumb drive of all exhibits shall be submitted to the Court by January 4, 2028.

**23.** (RESERVED)

**24.** (RESERVED)

**25.** (RESERVED)

**26.** (RESERVED)

**27.** (RESERVED)

**28.** A final pretrial conference shall be held on December 28, 2027, at 10:00 AM in Aha Nonoi before the Honorable Shanlyn A.S. Park, United States District Judge.

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

**29.** Each party shall serve and file proposed findings of fact and conclusions of law by January 4, 2028.

**OTHER MATTERS:**

The Confidential Settlement Conference Statements shall be delivered (one-set, double-sided) to the Clerk's Office **and** delivered electronically by emailing it to mansfield_orders@hid.uscourts.gov.

The courtroom manager will provide the applicable participants with instructions and information to connect by video prior to the scheduled video conference date.

For all telephonic hearings set before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through the Court's Zoom Teleconference. Please see below for call-in information. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-833-568-8864

Access Code: 160 8983 1896

Parties are instructed to review and comply with this Court's Pretrial Procedures in Criminal and Civil Cases available on the public website.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, October 5, 2026.

Kenneth J. Mansfield
United States Magistrate Judge